IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-rj-00022

STUDENT LOAN MARKETING ASSOCIATION,

    Plaintiff,

v.

DALE ROBERTS,

    Defendant.

---

ORDER GRANTING MOTION TO AMEND CAPTION
( Docket No 3 )

On motion of the United States of America, and good cause appearing, it is hereby ordered that the caption in the above case shall be amended to substitute the United States of America as plaintiff, in place of Student Loan Marketing Association.

Dated: April 28, 2010

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO