IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-rj-00022-NONE-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DALE ROBERTS,

    Defendant.

---

## ORDER TO ADMINISTRATIVELY CLOSE CASE
( Docket No. 7 )

---

On motion of the United States and good cause appearing, IT IS HEREBY ORDERED that the above-captioned case shall be administratively closed. Either party may move to reopen the case for good cause.

Dated: May 21, 2010

UNITED STATES MAGISTRATE JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO